UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of<br>**EARL C. BOOTH,**<br>    Debtor. | United States Bankruptcy Court for<br>the District of New Jersey<br>Case No. 05-42963 |
| **EARL C. BOOTH**, Debtor,<br><br>                    *Appellant*,<br>    v.<br><br>**BARBARA A. EDWARDS**,<br>Chapter 7 Trustee for Earl C. Booth,<br><br>        *Appellee/Cross-Appellant*. | Civ. Action No. 08-4229  (KSH)<br><br><u>**ORDER**</u> |

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the Opinion filed herewith, and good cause having been shown,

**It is** on this 30th day of June, 2009, hereby

**ORDERED** that the order dated March 27, 2008, fixing the Debtor's claimed exemptions is **VACATED**; and it is further

**ORDERED** that the Bankruptcy Court's award of attorney's fees to counsel for the Trustee is **AFFIRMED**; and it is further

**ORDERED** that the Trustee's cross-appeal is **DISMISSED** as moot; and it is further

**ORDERED** that this matter is **REMANDED** to the United States Bankruptcy Court for the District of New Jersey for further proceedings consistent with the accompanying Opinion.

/s/  Katharine S. Hayden

Hon. Katharine S. Hayden
United States District Judge